No. 70–90. SCHILB ET AL. *v.* KUEBEL, 404 U. S. 357;

No. 70–315. RESOLUTE INSURANCE CO. ET AL. *v.* SEVENTH JUDICIAL DISTRICT COURT OF OKLAHOMA COUNTY ET AL., 404 U. S. 997;

No. 71–254. WESTMORELAND *v.* MISSISSIPPI, 404 U. S. 1038;

No. 71–463. KADANS *v.* COLLINS, CHIEF JUSTICE, SUPREME COURT OF NEVADA, ET AL., 404 U. S. 1007;

No. 71–518. COUCH, ADMINISTRATRIX *v.* MISSOURI-KANSAS-TEXAS RAILROAD CO., 404 U. S. 1025;

No. 71–545. UNITED STATES STEEL CORP. *v.* BLAIR, 404 U. S. 1018;

No. 71–5171. CUNNINGHAM *v.* WINGO, WARDEN, 404 U. S. 1064;

No. 71–5326. FELAN *v.* UNITED STATES, 404 U. S. 978;

No. 71–5380. GALDEIRA ET AL. *v.* RICHARDSON ET AL., 404 U. S. 993;

No. 71–5394. SHAPPELL *v.* MARTIN-MARIETTA CORP., 404 U. S. 1002;

No. 71–5479. TODARO *v.* UNITED STATES, 404 U. S. 1040;

No. 71–5482. McCRAY *v.* UNITED STATES MARSHAL FOR THE DISTRICT OF KANSAS ET AL., 404 U. S. 1040; and

No. 71–5524. LOGAN *v.* CORRECTIONAL SUPERINTENDENT, WALLKILL PRISON, 404 U. S. 1061. Petitions for rehearing denied.

No. 70–38. FEDERAL POWER COMMISSION *v.* FLORIDA POWER & LIGHT CO., 404 U. S. 453. Petition for rehearing denied. MR. JUSTICE STEWART took no part in the consideration or decision of this petition.

No. 70–5025. HAINES *v.* KERNER ET AL., 404 U.S. 519. Petition for rehearing denied. MR. JUSTICE POWELL and MR. JUSTICE REHNQUIST took no part in the consideration or decision of this petition.